# EXHIBIT A

# A. Martin Wickliff, Jr.

Member
*awickliff@cozen.com*



**Houston**
LyondellBasell Tower
1221 McKinney Street, Suite 2900
Houston, Texas 77010
P: (713) 750-3110
F: (713) 751-5301



A. Martin Wickliff, Jr. is a member of the firm's Labor & Employment Group in the Houston office.

Marty is a veteran trial lawyer with more than 39 years of experience; and 100 percent of his time is devoted to the representation of management in all phases of labor and employment law, including advice and counsel, as well as trials and appeals involving all types of discrimination matters (single and multiple plaintiff cases as well as class actions), Title VII, ADEA, ADA, Section 1981 and Section 1983 claims, noncompete and nondisclosure/nonsolicitation disputes, trade secrets, unfair competition, Sarbanes-Oxley and other whistle-blower actions, defamation claims, and wage and hour litigation (collective actions and multiple plaintiff lawsuits). Marty's trial and appellate experience also encompasses all types of traditional labor disputes, including union elections and injunction matters before the National Labor Relations Board; collective bargaining, labor arbitrations; and mediations. He has also been involved in the implementation and monitoring of compliance and prevention programs, including training and internal investigations.

Marty has first-chaired many jury and nonjury trials in most of the Texas state courts and federal district courts; he has also handled cases in Louisiana, Colorado, New Mexico, Florida, and Oklahoma; and he has argued many reported cases in the state and federal courts of appeals. As a result of the many jury trials he has handled to a verdict, Marty is one of the few employment lawyers who is a member of the Houston chapter of the American Board of Trial Advocates. Also, Marty's vast experience in these areas gives him the resource tools to provide clients with appropriate, in-depth and practical advice and counsel.

Marty's experience has involved companies in such diverse industries as banking, energy, retail, chemical, grocery, railroad, airline, clothing, wholesale, manufacturing, pharmaceutical, transportation, financial services, insurance, sales, health care, banking, entertainment, restaurant, construction, and hotel.

Marty regularly speaks on a variety of labor and employment topics and issues on behalf of continuing legal education providers, and he has authored several articles.

Marty is very active in several bar associations and community associations. He has served on the board of directors of the State Bar of Texas (1986-1990), and he is past chair of the board of trustees of the State Bar of Texas Insurance Trust. Marty has served as president of the Houston Lawyers Association, and he has served on the boards of various civic and community associations in Texas.

Marty has been chosen as a "Leader in Their Field" (Labor & Employment)

**Practice Areas**
- Labor & Employment

**Bar Admissions**
- Texas

**Court Admissions**
- U.S. Court of Appeals for the Fifth Circuit
- U.S. Court of Appeals for the Tenth Circuit
- U.S. District Court -- Eastern District of Texas
- U.S. District Court -- Northern District of Texas
- U.S. District Court -- Southern District of Texas
- U.S. District Court -- Western District of Texas
- U.S. Supreme Court

**Education**
- J.D., Texas Southern University—Thurgood Marshall School of Law, 1973
- L.L.M., New York University School of Law, 1974
- B.A., University of St. Thomas, 1970

© 2012 Cozen O'Connor. All Rights Reserved.                                    www.cozen.com

Cozen O'Connor Biography | A. Martin Wickliff, Jr.

by *Chambers USA*, from 2007 through 2012. He also was named a Texas "Super Lawyer" (Employment & Labor category) by *Texas Super Lawyers*, from 2003 through 2012; one of the Top 100 Attorneys in the Houston Region, by *Texas Monthly* and *Texas Super Lawyers* in 2009-2011; Trailblazer Outside Counsel of the Year award by the Texas Minority Counsel Program, State Bar of Texas, 2011; and one of "The 25 Greatest Texas Lawyers of the Past Quarter-Century," by *Texas Lawyer*, in 2010. In *Human Resource Executive* magazine, he was listed in 2010-2012 as one of Lawdragon's Top 100 of "The Nation's Most Powerful Employment Attorneys." He is also listed in the 2010, 2011 and 2012 editions of *The Best Lawyers in America* (Labor & Employment Law category); and he is AV preeminent rated by ALM Media and Martindale-Hubbell. Also in 2012, Marty was named among Texas' Top Rated Lawyers by *Texas' Top Rated Lawyers*. In addition, he was recognized in the 2012 International Bar Association's list of *Who's Who of Management Labour & Employment Lawyers*, featuring only several hundred lawyers internationally, eleven of whom from the state of Texas.

Marty is board certified in Labor and Employment Law, Texas Board of Legal Specialization.

Prior to joining the firm, Marty was a labor partner with the Houston offices of Fulbright & Jaworski, Mayor Day & Caldwell, Wickliff & Hall and Epstein Becker Green Wickliff & Hall, P.C.

**Memberships**

- American Bar Association
- American Board of Trial Advocates
- American Health Lawyers Association
- Houston Bar Association
- International Association of Defense Counsel
- National Association of Railroad Trial Counsel Association
- National Bar Association
- State Bar of Texas
- Texas Bar Foundation

© 2012 Cozen O'Connor. All Rights Reserved.　　　　　www.cozen.com